**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**GLENDA E. ARMOSTER**                                                 **PLAINTIFF**

v.                                       **5:08CV0058 BSM**

**MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration**                                       **DEFENDANT**

## ORDER

The court has received proposed findings and recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the court concludes that the findings and recommendations should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 30th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE