**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**GLENDA E. ARMOSTER**                                                                **PLAINTIFF**

v.                                            **5:08CV0058 BSM**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 30th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE